UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Ann Powers, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>The Bureau of Engraving & Printing, )<br>)<br>Defendant. ) | Civil Action No. 08 0451 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 12 day of March 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

/s/ _____
United States District Judge